IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Phyllis Dianne-Lasater Loya – #111767

/

No. C 13-80113 WHA

**ORDER OF SUSPENSION**

    Because Phyllis Dianne-Lasater Loya has failed to respond to the order to show cause, Ms. Loya's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE